ACCEPTED
12-15-00103-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
12/8/2015 12:18:45 PM
Pam Estes
CLERK

## NO. 12-15-00103-CR

| | | |
|---|---|---|
| **Desiree Chumbley** | § | **IN THE DISTRICT COURT OF APPEALS** |
| vs. | § | **12TH JUDICIAL DISTRICT** |
| **The State of Texas** | § | **STATE OF TEXAS** |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
12/8/2015 12:18:45 PM
PAM ESTES
Clerk

### 2nd  REQUEST FOR EXTENSION OF TIME TO FILE BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes Appellant in the above entitled and numbered cause, by and through his court appointed attorney, and, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, files this his 2nd Request for Extension of Time to File Brief to the 12th Court of Appeals of the State of Texas, sitting in Tyler, Texas. In support of same, Appellant would respectfully show the following as good cause:

1. This cause is on appeal from the 2nd Judicial District Court of Cherokee County, Texas.

2. The case below was styled *The State of Texas vs. Desiree Chumbley* and was numbered 19193.

3. Appellant was convicted by a Jury of the offense of Burglary of a Habitation - Enhanced and was assessed a sentence of 60 years confinement in the Texas Department of Criminal Justice, Institutional Division, with 380 days credit.

4. Notice of Appeal and Motion for New Trial were filed on April 22, 2015.

5. Both the Clerk's Record  and the Reporter's Record have previously been filed with the Court.

6. It is the undersigned's understanding that Appellant's Brief is due on December 7, 2015.

7. Appellant requests an extension of time of 30 days from the scheduled date per this honorable court's calendar to file the Brief, i.e. **January 7, 2016**. This would allow the opportunity for counsel to adequately review this material, research it and draft an appropriate argument based upon it.

8. It is Counsel's understanding that this is the second request for such an extension.

9. Appellant relies upon the following facts as good cause for the requested extension:

Counsel is a sole practitioner.  Counsel was not trial counsel and, therefore, has to familiarize himself with the trial actions from discussions with the Defendant and trial counsel, and from reviewing the record  as and when it was forwarded to him. Counsel also serves as the sole presiding Judge for the cities of Rusk, Alto, Wells and Cuney and, as such, must maintain his judicial dockets and responsibilities without substitution. Accordingly, additional time is required for effective assistance of counsel on appeal.

In addition to the above, Counsel would show that he has had a conflict of time because of his <u>daily</u> (7 days a week) duties as a Magistrate conducting Magistration Dockets for the cities of Rusk, Alto, Wells and Cuney.

In addition to his daily duties as a Magistrate, Counsel has his Judicial Duties as Municipal Court Judge for Pre-Trial Dockets, as well as Show Cause Dockets, and Jury and Bench Trials for one bench trial and six jury trials from the time of scheduled date through the requested date.

Further, Counsel had his own medical appointments for his Leukemia treatment and Diabetes follow-up.

Finally, Counsel would advise this Honorable Court that he was previously scheduled for orthopedic surgery on his hand. Dr. Camp has indicated that post surgical recovery, including rehabilitation should be approximately 2 - 3 weeks. During this time, counsel will have extremely limited use of his hands, if any at all.

Because of the above, counsel has been and will be unable to complete the necessary research and preparation of the appellate brief without an extension of time. It is expected that the instant request will be the last such request in this matter and counsel should be able to file a finalized version of his brief within this time. Request is made herein that this honorable Court grant this request.

Respectfully submitted,

LAW OFFICE OF FORREST K. PHIFER  
P.O. Box 829  
Rusk, Texas 75785-0829  
(903) 721-1842

Forrest K. Phifer  
SBOT 15908570

By:/S/ Forrest K. Phifer _____

## CERTIFICATE OF CONFERENCE

I, the undersigned, herein certify that I have conferenced with the Prosecuting Attorney on December 8, 2015 and she has indicated **NO OBJECTIONS** to the merits of this motion.

By: /S/ Forrest K. Phifer _____

## CERTIFICATE OF SERVICE

This is to certify that on December 8, 2015, a true and correct copy of the above and foregoing document was served on the Prosecuting Attorney's Office, Cherokee County, Rusk, Texas, by electronic delivery.

/S/ Forrest K. Phifer _____